IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD DONTUS LAROYCE LEONARD,

           Petitioner,                      No. CIV S-06-2711 DFL EFB P

      vs.

G. SALAS, et al.,                    FINDINGS AND RECOMMENDATIONS

           Respondents.

_____/

       Petitioner's application for writ of habeas corpus was dismissed and his application to proceed *in forma pauperis* was denied, without prejudice, on December 13, 2006.  The court ordered petitioner to, within 30 days, either pay the filing fee or submit a proper application for leave to proceed *in forma pauperis*, and to file an amended petition.  The court warned petitioner that failure to comply with that order would result in a recommendation of dismissal.  The 30 days have passed and petitioner has not complied with or responded to the court's order.[1]

       Accordingly, it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

/////

_____

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective

1

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

3  after being served with these findings and recommendations, any party may file written

4  objections with the court and serve a copy on all parties.  Such a document should be captioned

5  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

6  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

7  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

8  DATED:  February 20, 2007.

9

10  _____

11  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26